UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIANA M. CRENSHAW, | ) | CASE NO. 1:13CV1845 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER OF REMAND** |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the unopposed motion of the Commissioner to remand this action pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Doc. No. 19.) The motion is **GRANTED** for purposes of the further proceedings described therein.

**IT IS SO ORDERED**.

Dated: January 23, 2014

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**